Oct. 12. 2009 11:55AM

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/14/09
```

No. 8762   P. 2

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUI-YANG HUANG,<br><br>          Plaintiff,<br><br>     v.<br><br>ADVANCED BATTERY TECHNOLOGIES, INC.,<br><br>          Defendant. | Case No.: 1:09 CIV 08297 (HB)<br><br>**STIPULATION AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the time for defendant Advanced Battery Technologies, Inc. to answer, move against or otherwise respond to plaintiffs' Complaint, dated Sept. 30, 2009, is extended to and including November 19, 2009.

Dated:   New York, New York
         October 9, 2009

DAI & ASSOCIATES, P.C.

By: _____
    John J. O'Connell

138-20 38th Avenue, Suite 9F
New York, New York 11354
Telephone: (718) 888-8880

Attorneys for Plaintiff
Sui-Yang Huang

MORRISON & FOERSTER LLP

By: _____ /GS
    Mark David McPherson

1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8263

Attorneys for Defendant
Advanced Battery Technologies, Inc.

SO ORDERED  10/14/09
_____
UNITED STATES DISTRICT JUDGE