UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
SUI-YANG HUANG,

                     Plaintiff,

-against-

ADVANCED BATTERY TRCHNOLOGIES, INC.,

                     Defendant.
--------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**
09 Civ. 8297 (HB)

STATE OF NEW YORK   )
                                 )SS:
COUNTY OF QUEENS    )

      Yuxia Zhang, deposes and says the following to be true under the penalty of perjury: that I am not a party to the above-captioned action. I am over 18 years of age, and reside in the State of New York. On November 18, 2009, I caused the First Amended Complaint to be served upon attorney of the defendant at the address shown below via USPS first class mail.

Mark David McPherson, Esq.
Morrison Foerster
1290 Avenue of the Americas
New York, NY 10104-0050

                                                    _____
                                                    Yuxia Zhang

Sworn to before me this
___ day of November, 2009

_____
Notary Public

DAWEI GONGSUN
NOTARY PUBLIC STATE OF NEW YORK
NO. 02GO6112984
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES JULY 19, 20___