UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUI-YANG HUANG,<br><br>                    Plaintiff,<br><br>     -against-<br><br>ADVANCED BATTERY TECHNOLOGIES, INC.<br>                    Defendant. | Index No. 09 Civ. 08297 (HB) (MHD) |

      Pursuant to Federal Rule of Civil Procedure 7.1, counsel for defendant Advanced Battery Technologies, Inc. certifies that ABAT is a publicly traded corporation, it has no parent corporation, and no public corporation owns 10% or more of its stock.

Dated: New York, New York  
       December 7, 2009

MORRISON & FOERSTER LLP

By:    s/Mark David McPherson
      Mark David McPherson

1290 Avenue of the Americas
New York, New York 10104-0012
Telephone: (212) 468-8000
mmcpherson@mofo.com

*Attorneys for Defendant*
Advanced Battery Technologies, Inc.

ny-899824