```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/09
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

SUI-YANG HUANG,

           Plaintiff,

v.

ADVANCED BATTERY TECHNOLOGIES, INC.,

           Defendant.

No.: 1:09 Civ. 08297 (HB) (MHD)

**STIPULATION AND ORDER**

---

WHEREAS, on December 7, 2009, defendant Advanced Battery Technologies, Inc. filed a motion for an order either (a) dismissing this action on the grounds of *forum non conveniens*, or, in the alternative, (b) dismissing the tort and quasi-contract claims asserted in plaintiff's Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), for failure to state a claim for relief;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that:

1. Any papers in opposition to ABAT's motion to dismiss must be filed on or before January 21, 2010;

2. Any reply papers in further support of ABAT's motion to dismiss must be filed on or before February 18, 2010;

3. While ABAT's motion to dismiss is pending, all discovery and other proceedings in this action shall be stayed for 45 days until March 30, 2010 [handwritten initials]

4. ~~The stay pending ABAT's motion to dismiss can be reconsidered upon plaintiff's application, after his submission of papers in opposition to ABAT's motion to dismiss~~ and the PTSO will take effect on that day. [initials]

ny-904118

Dated:  New York, New York
        December 17, 2009

| | |
|---|---|
| DAI & ASSOCIATES, P.C. | MORRISON & FOERSTER LLP |
| By: /s/ John J. O'Connell<br>    John J. O'Connell | By: /s/ Mark David McPherson<br>    Mark David McPherson<br>    Geoffrey R. Sant |
| 138-20 38th Avenue, Suite 9F<br>New York, New York 11354<br>Telephone: (718) 888-8880 | 1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 468-8263 |
| Attorneys for Plaintiff<br>Sui-Yang Huang | Attorneys for Defendant<br>Advanced Battery Technologies, Inc. |

SO ORDERED

/s/ 
UNITED STATES DISTRICT JUDGE